UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UFCW LOCAL 888 PENSION PLAN, and its TRUSTEES: MAX BRUNY, STEVEN HOWARD, RANDOLPH TUCKER, JR., AGUEDA ARIAS, EUGENE SPIVAK, PETER UNANUE         Plaintiff,<br><br>-v-<br><br>SILVERMAN FURNITURE, INC.<br><br>                                                                            Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

UFCW LOCAL 888 PENSION PLAN  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   NOT APPLICABLE.

Date: 5/18/08

Signature of Attorney

Attorney Bar Code: 8779

Form Rule7_1.pdf  SDNY Web 10/2007